IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-HC-02103-D

**Michael Dwayne Rogers,** )
)
    Petitioner, )
)
v. ) **Memorandum and Order**
)
**Patsy Chavis**, )
)
    Respondent. )

Petitioner Michael Dwayne Rogers, a state inmate, petitions this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is before the court for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Courts. It does not clearly appear from the face of the petition that the petitioner is not entitled to relief, thus the matter is allowed to proceed. Therefore, the clerk of Court is DIRECTED to maintain management of the matter.

Dated: March 25, 2015

                                              _Robert T. Numbers II_
                                            ROBERT T. NUMBERS, II
                                            UNITED STATES MAGISTRATE JUDGE